JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WEBER and NANCY WEBER,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1-10 Inclusive,<br><br>Defendants. | Case No. 2:24-cv-09188-DMG-KS<br><br>Assigned to District Judge Dolly M. Gee<br><br>**ORDER OF DISMISSAL [18]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: March 12, 2025

_____
Dolly M. Gee
Chief United States District Judge

ORDER OF DISMISSAL